IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>SHONTAE BELL,<br><br>　　　　　　　　　　Defendant. | Case No. 3:11-cr-00009-KI<br><br>ORDER RE MOTION FOR<br>REDUCTION OF SENTENCE |

Defendant Bell's Motion For Reduction Of Sentence having come duly before the Court for consideration, and the parties having jointly submitted the instant order for the Court's consideration, and good cause appearing therefore:

IT IS HEREBY ORDERED that an Amended Judgment In A Criminal Case shall be prepared and filed in this matter imposing a sentence of thirteen (13) months imprisonment on Defendant Bell, to be followed by a three-year term of supervised release, said judgment to be entered *nunc pro tunc* as of September 28, 2011;

IT IS HEREBY FURTHER ORDERED that the United States Probation Office shall process the Amended Judgment in the normal course and forward the same to the Federal Bureau of Prisons for recomputation of Defendant Bell's sentence-served credit;

///

///

PAGE 1.   ORDER RE MOTION FOR REDUCTION OF SENTENCE

IT IS HEREBY FURTHER ORDERED that the United States Marshal shall vacate the detainer presently lodged against Defendant Bell with the Oregon Department of Corrections.

Signed this ___ day of September, 2015.

_____
Hon. Garr M. King
Senior United States District Court Judge

Submitted by:

/s/ Christopher J. Schatz
Christopher J. Schatz
Attorney for Defendant Bell

Approved as to content and form:

/s/ Scott Kerin
Scott Kerin
Assistant United States Attorney